1AO 450 (Rev. 5/85) Judgment in a Civil CASE

===============================================================================

## UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **NEW YORK**

**RODERICK ALBRECHT, ET AL.,**

        Plaintiff,

v.                                       07CV6162

**THE WACKENHUT CORPORATION,**

        Defendant,

## JUDGMENT IN A CIVIL ACTION

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  This action came to a hearing/bench trial before the Court.  The issues have been tried and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment is granted.

September 25, 2009
Date

                                                **MICHAEL J. ROEMER**
                                               **Clerk Of Court**
                                          **United States District Court**

                                                 s/Tricia M. O'Fray
                                               (BY) TRICIA M. O' FRAY
                                                       Deputy Clerk